IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–01143–KMT

TIMOTHY A. JACKSON,

      Plaintiff,

v.

PEOPLE OF THE STATE OF COLORADO,

      Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. No. 23) of Magistrate Judge Kathleen M. Tafoya entered on March 8, 2016 it is

**ORDERED** that Defendant's Motion to Dismiss (Doc. No. 5) is **GRANTED**. This case is dismissed in its entirety without prejudice for lack of jurisdiction.

**ORDERED** that judgment shall enter in favor of the defendant and against the plaintiff on all claims for relief and causes of action asserted in this case.

Dated at Denver, Colorado this 15th day of March, 2016.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  S. Grimm
_____
Deputy Clerk